UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ADAMS, M.D.,<br><br>Plaintiff,<br><br>v.<br><br>ROBINHOOD FINANCIAL LLC,<br><br>Defendant. | Case No.  1:25-cv-00130 JLT CDB<br><br>[~~PROPOSED~~] ORDER STAYING CASE PENDING ARBITRATION<br><br>90 DAY DEADLINE |

Having considered the Stipulation Re Arbitration and Stay filed by Plaintiff Daniel Adams, M.D. and Defendant Robinhood Financial LLC and good cause appearing:

**IT IS HEREBY ORDERED:**

1. The dispute that is the subject of this action shall be submitted to arbitration before FINRA Dispute Resolution, Inc. pursuant to the written agreement between Plaintiff and Defendant.
2. This action shall be stayed pending resolution of the arbitration; and

3. After the resolution of the arbitration, any party to the arbitration may petition this Court in this action to confirm, vacate, or correct the arbitration award pursuant to 9 U.S.C. §§ 9-11.

4. Beginning 90 days from the date of this Order or within 30 days of the completion of arbitration, whichever is sooner, the parties **SHALL** file a brief joint status report updating the Court on the status of the case. If appropriate, any party may file a motion to confirm the arbitration award in lieu of the joint status report.

IT IS SO ORDERED.

Dated:   **March 3, 2025**

UNITED STATES DISTRICT JUDGE